Rose M. REYNOLDS, Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 05–1811.

United States Court of Appeals, Eighth Circuit.

Submitted May 30, 2006.

Decided June 5, 2006.

David P. Rawls, The Brad Hendricks Law Firm, Little Rock, AR, for Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Tina M. Waddell, Angeline Johnson, Social Security Administration, Dallas, TX, for Appellee.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

PER CURIAM.

Rose Reynolds appeals the district court's order[1] affirming the denial of her applications for disability insurance benefits and supplemental security income. After thoroughly reviewing the record and the parties' submissions, we conclude substantial evidence supports the Administrative Law Judge's findings as to Reynolds's credibility, residual functional capacity, past relevant work, and ability to perform light work. *See Draper v. Barnhart,* 425 F.3d 1127, 1130 (8th Cir.2005) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John F. Forster, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

